> **Motion DENIED.**
>
> This the 1st day of June, 20 16
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

FILED
MAY 26 2016
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

ANTHONY JAMAL COAR,
    Movant,

v.

UNITED STATES OF AMERICA
    Defendant.

Case No. 5:03-CR-00295-001

MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO 18 U.S.C. §3582

    COMES NOW, Movant, Anthony Jamal Coar, pro se, to seek a reduction of federal sentence for reasons of compassion under 18 U.S.C. §3582.(c)(1)(A)

    This Court, being the original sentencing court where the Movant originally appeared, maintains and holds jurisdiction of this matter.

    The Movant meets the criteria set forth by statute, and by B.O.P. guidelines set forth in Program Statement 5050.49.

1) Deteriorating Health. ( All medical information listed below.)

2) Movant is currently over sixty-five (65) years of age.

3) Has shown and maintained good conduct in prison

### STATEMENT OF FACTS

1) **I am seventy-one years of age.**
   I was born on 3 SEPT 44, in Trinidad, West Indies. The criteria in the statute is that an inmate be over the age of sixty-five (65) at the time of motion.

2) **Deteriorating Health, and progressively deteriorating conditions.**
   The Movant's health concerns arise from a combination of age, deteriorating health, and the adverse conditions of imprisonment. Movant is currently confined to a wheelchair over 70% of each day. The other conditions are as follows:

   A) Cardiovascular: hypertension
   B) Prostate: Enlarged, waiting on biopsy results