UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Anthony Jamal Coar**　　　　　　　　　　　　　　　　　　**Docket No. 5:03-CR-295-1FL**

### Petition for Action on Supervised Release

COMES NOW Eddie J. Smith, Supervising U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Anthony Jamal Coar, who, upon an earlier plea of guilty to 18 U.S.C. § 2423(b), Traveling in Interstate Commerce for the Purpose of Engaging in a Sexual Act with a Juvenile (2 Counts), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on July 21, 2004, to the custody of the Bureau of Prisons for a term of 210 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Anthony Jamal Coar was released from custody on December 21, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** It is recommended that the court strike the condition that the defendant shall further abide by the rules and regulations of the Eastern District of North Carolina Sex Offender Program and in lieu thereof, impose specified conditions which have been individualized to meet the specific needs of the defendant.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall not enter adult bookstores, sex shops, clubs or bars with exotic or topless dancers, or massage parlors.

2. The defendant shall not use, purchase, possess, procure, or otherwise obtain any computer or electronic device that can be linked to any computer networks, bulletin boards, internet, internet service providers, or exchange formats involving computers unless approved by the U.S. Probation Officer.

3. The defendant shall not possess any legal or illegal pornographic material, including any materials depicting and/or describing "child pornography" and/or "simulated" child pornography as defined in 18 U.S.C. § 2256, nor shall the defendant enter any location where such materials can be accessed, obtained, or viewed, including pictures, photographs, books, writings, drawings, videos, or video games.

4. The defendant shall not have any social networking accounts without the approval of the U.S. Probation Officer.

5. The defendant shall not purchase, possess, or control any cameras, camcorders, or movie cameras without prior approval of the U.S. Probation Office.

6. The defendant shall not own, use, or have access to the services of any commercial mail receiving agency, post office box, or storage unit without prior approval from the U.S. Probation Officer. The defendant shall provide the U.S. Probation Officer with a list of all P.O. Boxes and/or storage units to which the defendant has access.

**Anthony Jamal Coar**
**Docket No. 5:03-CR-295-1FL**
**Petition For Action**
**Page 2**

Except as herein modified, the judgment shall remain in full force and effect.

    I declare under penalty of perjury that the foregoing is true and correct.
/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2537
Executed On: March 26, 2019

## ORDER OF THE COURT

Considered and ordered this 28th day of March, 2019, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge